**Order entered September 7, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00992-CV

**FRISCO SQUARE DEVELOPERS, LLC, Appellant**

**V.**

**KPITCH ENTERPRISES, LLC, Appellee**

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-01983-2016**

## ORDER

We **GRANT** the court reporter's August 31, 2016 motion for an extension of time to file the reporter's record. We **ORDER** the reporter's record tendered to this Court on September 5, 2016 filed as of the date of this order.

Appellant's brief is due **SEPTEMBER 27, 2016**.

/s/    ELIZABETH LANG-MIERS
       JUSTICE